IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Malibu Media, LLC,

      Plaintiff,

    v.                          Case No. 2:14-cv-558

Brandon Griggs,

      Defendant.

ORDER

    This matter is before the court for consideration of the report and recommendation of the magistrate judge filed on June 19, 2015, recommending that plaintiff's motion for default judgment be granted in part and denied in part.

    The report and recommendation specifically advised the parties that the failure to object to the report and recommendation within fourteen days "will result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation."  Doc. 14, p. 8.  The time period for filing objections to the report and recommendation has expired, and no objections have been filed.

    The court hereby adopts and affirms the report and recommendation (Doc. 14).  The motion for default judgment (Doc. 12) is granted in part and denied in part.  The clerk shall enter judgment in favor of plaintiff as follows:  Plaintiff is awarded statutory damages against defendant Brandon Griggs in the amount of $42,750.00, and attorney's fees and costs in the total amount of $1,582.00.  Defendant Brandon Griggs is permanently enjoined from directly or indirectly infringing plaintiff's copyrighted works,

including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission.  Defendant Brandon Griggs is ordered to destroy all copies of plaintiff's motion pictures identified in Exhibit B of the Amended complaint that he has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in his possession, custody or control.

It is so ordered.

Date: August 12, 2015                    s/James L. Graham
                                   James L. Graham
                                   United States District Judge