Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jul 10 2:49 PM-19JG024017

# PRAECIPE

Request for Filing Certificate of Judgment Lien (2329.02 O.R.C)
in the GENERAL DIVISION, COURT OF COMMON PLEAS
Franklin County, Ohio

MALIBU MEDIA, LLC

-VS-

BRANDON GRIGGS

CASE NUMBER:
2:14-CV-558

TO THE CLERK: ISSUE A CERTIFICATE OF JUDGMENT LIEN **IN FAVOR OF:**
JUDGMENT CREDITOR:

MALIBU MEDIA LLC
2222 SOUTH DOBSON ROAD
SUITE 1104
MESA, AZ  85202-0000

**AGAINST:**
JUDGMENT DEBTOR:

BRANDON GRIGGS
8603 BROOKVILLE ROAD
GALLOWAY, OH  43119-0000

FRANKLIN COUNTY LIEN NO.
TOTAL JUDGMENT AMOUNT $42750.00    INTEREST % 10.00
DATE FROM: 08/12/2015    COST $1582.00
DATE OF JUDGMENT: 08/12/2015
ISSUED TO: FRANKLIN COUNTY
ATTORNEY: ALYSON C TANENBAUM    PHONE NO. 614-253-1010

228707 Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jul 10 2:49 PM-19JG024017

## CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02
## OHIO REVISED CODE

UNITED STATES OF AMERICA

SS.

SOUTHERN DISTRICT OF OHIO

I, Richard W. Nagel, Clerk of the United States District Court for the Southern District of Ohio, do certify that on August 12, 2015 there was entered in the record in this court, US District Court at Southern District Ohio in

Case Number: 2:14-cv-558

Case Name: Malibu Media, LLC v. Brandon Griggs

Judgment in favor of: Plaintiff, Malibu Media, LLC

and against: Defendant, Brandon Griggs

In the amount of: $42,750.00 and attorney's fees and costs totaling $1,582.00

Appeal filed/Pending

IN TESTIMONY WHEREOF, I have Hereunto set my hand and affixed the seal of this Court, at Columbus, Ohio this 12th Day of June, A.D. 2019.

RICHARD W. NAGEL, CLERK

BY: _____
Eric Weltz, Deputy Clerk

Revised 7/14/15

Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jul 10 2:49 PM-19JG024017

**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Malibu Media, LLC.

vs

Brandon Griggs

### JUDGMENT IN A CIVIL CASE

Case No. 2:14-cv-558

Judge Graham
Magistrate Judge Kemp

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

### IT IS ORDERED AND ADJUDGED that:

Plaintiff is awarded statutory damages against defendant Brandon Griggs in the amount of $42,750.00, and attorney's fees and costs in the total amount of $1,582.00.

Defendant Brandon Griggs is permanently enjoined from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission.

Defendant Brandon Griggs is ordered to destroy all copies of plaintiff's motion pictures identified in Exhibit B of the Amended complaint that he has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in his possession, custody or control.

Date: August 12, 2015						Richard W. Nagel, Clerk

								_s/ Scott Miller_____
								By Scott Miller /Deputy Clerk